## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

    Justin Neal Tyler
    Ivy Nicole Griffin-Tyler
           Debtor(s)

Case No. 14 B 26287

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 07/17/2014.

    2) The plan was confirmed on NA.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Dismissed on 12/30/2014.

    6) Number of months from filing to last payment: 5.

    7) Number of months case was pending: 13.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $873.00 |
| Less amount refunded to debtor | $95.00 |
| **NET RECEIPTS:** | **$778.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $746.88 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $31.12 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$778.00** |
| Attorney fees paid and disclosed by debtor: | $490.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Inc | Unsecured | 0.00 | 2,309.40 | 2,309.40 | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | 0.00 | 1,451.52 | 1,451.52 | 0.00 | 0.00 |
| Advance America | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| American Credit Acceptance | Unsecured | 11,766.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Bank of America Corporation | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 8,224.00 | NA | NA | 0.00 | 0.00 |
| Check Collection | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Bureau Parking | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| City of Des Plaines | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| City of Elgin | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| City Of Rock Island | Unsecured | 1,000.00 | 620.68 | 620.68 | 0.00 | 0.00 |
| CNAC/Ia109 | Unsecured | 8,385.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Community Health Care | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CRA Collections | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Credit ONE BANK N.A. | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| Crest Financial | Unsecured | 2,000.00 | 1,869.07 | 1,869.07 | 0.00 | 0.00 |
| DEPT OF ED/SALLIE MAE | Unsecured | 22,531.00 | NA | NA | 0.00 | 0.00 |
| DeVry Education Group | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| DirecTV | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Endodontic & Peridontic | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| EZ Money | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Premier BANK | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| Gerri BELL - Landlord | Unsecured | 3,524.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts INC | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd. | Unsecured | 1,749.00 | NA | NA | 0.00 | 0.00 |
| Herff-Jones | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK Nevada | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| IOWA Student LOAN | Unsecured | 14,679.00 | NA | NA | 0.00 | 0.00 |
| IOWA Student LOAN Liquidity CO | Unsecured | 35,074.00 | NA | NA | 0.00 | 0.00 |
| ISL/U S BANK | Unsecured | 5,093.00 | NA | NA | 0.00 | 0.00 |
| Jewel Osco/US Bank NA, ND | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Kohl's | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| KWIK SHOP Davenport IA 593 | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| KWIK SHOP Davenport IA 593 | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Laramar Group | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| Mediacom | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| Midamerican Energy | Unsecured | 2,096.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology Imaging Con. | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Optimus H&P | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Pathology Asso. of Chicago | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| Prairie State College | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| Quad Corporation | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Rao Uppuluri MDSC | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 14,920.00 | NA | NA | 0.00 | 0.00 |
| Salute | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| Salute VISA GOLD | Unsecured | 1,039.00 | NA | NA | 0.00 | 0.00 |
| Secretary of State | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| South Suburban Hospital | Unsecured | 1,725.00 | NA | NA | 0.00 | 0.00 |
| Southwest Women's Healthcare | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| Star Cash | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN Company | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN Company | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| Trinity Hospital | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| United States Postal Service | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| Universal Fidelity Corporation | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| University OF Phoenix | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 1,084.00 | NA | NA | 0.00 | 0.00 |
| Village of Homewood | Unsecured | 4,900.00 | NA | NA | 0.00 | 0.00 |
| Wayne Clevenger | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$6,250.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $778.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$778.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/24/2015   By: /s/ Marilyn O. Marshall
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**